■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEVIN PATRICK BRADY, Defendant. [693 NYS2d 856] —Motion for permission to appeal to Court of Appeals denied. Memorandum: We have no jurisdiction over this matter. An appeal from a judgment of conviction in a local criminal court lies with County Court (*see,* CPL 450.60 [3]), and an appeal from the County Court order determining the appeal from the judgment lies with the Court of Appeals (*see,* CPL 450.90 [1]). Present— Green, J. P., Pigott, Jr., Hurlbutt, Callahan and Balio, JJ.

■ In the Matter of STEVEN WISNIEWSKI, a Suspended Attorney. [693 NYS2d 856] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.